190 So.2d 237

**Succession of John ELLIS and Mrs. Minnie S. Ellis.**

**Mrs. Emma Lee E. HATTER**

v.

**T. S. SALE, Jr., O. E. Hutson, Hunt Oil Company, Placid Oil Company.**

No. 48343.

Oct. 7, 1966.

In re: Mrs. Emma Lee E. Hatter applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Claiborne. 188 So.2d 101, 104.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.

190 So.2d 237

**Douglas C. SAULTERS**

v.

**Jacques ANIKST and Indiana Lumbermen's Mutual Insurance Company.**

No. 48346.

Oct. 7, 1966.

In re: Douglas C. Saulters applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 188 So.2d 108.

Writ refused. The result is correct.